**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
|  | ) | Case No. 1:06-mj-010 |
| Christopher Defender, | ) | |
| Defender, | ) | |

The court **GRANTS** the government's request leave to file the dismissal of the Complaint against the defendant.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1